SILVIA MUSCILLO, Respondent, *v.* HELEN MUSCILLO et al., as Temporary Administrators of the Estate of SEVERINO MUSCILLO, Deceased, et al., Appellants.

Submitted December 2, 1954; decided December 31, 1954.

*Milton D. Goldman* and *Daniel M. Shientag* for appellants.
*Dominick A. DeRogatis* for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.